AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**TONY R. GROSS,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**WANZA JACKSON,**          **CASE NO. C2-06-072**
                                            **JUDGE EDMUND A. SARGUS, JR.**
        **Respondent.**            **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed October 22, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 22, 2008                        JAMES BONINI, CLERK

                                                                */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk